Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
DARRYL LOOMIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DARRYL LOOMIS, | ) Case No.: CV 09-6772 JFW (SSx) |
| | ) |
| | ) NOTICE OF SETTLEMENT |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NORTHSTAR LOCATION SERVICES | ) |
| | ) |
| LLC., | ) |
| | |
| Defendant. | |

Plaintiff, DARRYL LOOMIS, though his attorneys, informs this Honorable Court that Plaintiff has settled his case with NORTHSTAR LOCATION SERVICES LLC.  The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days.  Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Respectfully Submitted,

DATED: November 24, 2009                    KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss

Michael S. Agruss
Attorney for Plaintiff,
DARRYL LOOMIS

- 1 -