Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
DARRYL LOOMIS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DARRYL LOOMIS, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHSTAR LOCATION SERVICES LLC., <br><br> Defendant. | Case No.: CV 09-6772 JFW (SSx) <br><br> **VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DARRYL LOOMIS, by and through his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NORTHSTAR LOCATION SERVICES LLC. (Defendant), in this case.

Dated: January 4, 2010               KROHN & MOSS, LTD.

                                     By: /s/ Michael S. Agruss

                                     Michael S. Agruss
                                     Attorney for Plaintiff,
                                     DARRYL LOOMIS